UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Denise Nitti<br><br>        Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>        Defendant. | Case No. 2:14-cv-14900-AC-RSW<br><br>Judge: Avern Cohn<br><br>Magistrate Judge: R. Steven Whalen<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                    RESPECTFULLY SUBMITTED,


                    By:   s/ David M. Menditto____
                        David M. Menditto
                        Attorney for Plaintiff
                        Hyslip & Taylor, LLC, LPA
                        1100 W. Cermak Rd., Suite B410
                        Chicago, IL  60608
                        Phone: 312-380-6110
                        Email: davidm@fairdebt411.com
                        Illinois Bar No. 6216541

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's CM/ECF System upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

s/ David M. Menditto