# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Denise Nitti<br><br>　　　Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>　　　Defendant. | Case No. 2:14-cv-14900-AC-RSW<br><br>District Judge: Avern Cohn<br><br>Magistrate Judge: R. Steven Whalen<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA                    Dykema Gossett, PLLC

By: /s/ David M. Menditto                    By: /s/ Theodore W. Seitz
David M. Menditto                             Theodore W. Seitz
1100 W. Cermak Rd., Suite B410                201 Townsend Street, Suite 900
Chicago, IL  60608                            Lansing, MI 48993
Telephone:  312-380-6110                      Telephone: 517-374-9149
Email: davidm@fairdebt411.com                 Email: tseitz@dykema.com
Illinois Bar No. 6216541                      Michigan Bar No. P60320
Attorney for Plaintiff                        Attorney for Defendant
Date: April 21, 2015                          Date: April 21, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI   48933

Counsel for:
Asset Acceptance, LLC

                                                     /s/ David M. Menditto