# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Denise Nitti | Case No. 2:14-cv-14900-AC-RSW |
| Plaintiff, | |
| v. | District Judge: Avern Cohn |
| Asset Acceptance, LLC | Magistrate Judge: R. Steven Whalen |
| Defendant. | |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

s/Avern Cohn  
UNITED STATES DISTRICT JUDGE

DATED:  April 21, 2015

1